IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00279-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KACEY HICKS, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons detailed in the Motion to be Excused from Attendance at Trial, the Court ORDERS that Wes J. Camden, is hereby EXCUSED from attending the trial of this matter.

SO ORDERED. 5/3/2019

*Terrence Boyle*
TERRENCE W. BOYLE
CHIEF, UNITED STATES DISTRICT JUDGE